**DO NOT DESTROY**

DATE: 3/22/16          TIME: 4:04

CASE #: 4:14cv610- BSM

**NOTE FROM JURORS**

Is a verdict for Ms. Benedicts a ruling for just monetary damages or does it include an audit of City equity evaluations.

*[Signature]* FOREPERSON

TIME: 4:24

**ANSWER FROM JUDGE**

That question is not to be considered.

*[Signature]*
U.S. DISTRICT JUDGE