4:14CV610

## INSTRUCTION NO. 8

If you find the same person who hired Ms. Benedicto is the person who allegedly discriminated against her, you may consider it inherently inconsistent that an individual who is willing to hire a person who is a member of a protected class will discriminate against that same individual because the person is a member of that class.

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 22 2016

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

Federal Jury Practice and Instructions § 171.81 (6th ed.)
Bohlmann v. U.S. Department of the Army, 2012 WL 4482672, *8 (September 28, 2012)
Murry v. Entergy Arkansas, Inc., 2012 WL 2450812, *9 (June 27, 2012)

Deft Proffer
#1