# VERDICT FORM

Note:   Complete this form by writing in the names required by your verdict.

On plaintiff Ericka Benedicto's race discrimination claim, as submitted in Instruction No. 9, we find in favor of:

_____City of Little Rock_____
Plaintiff Ericka Benedicto       or       Defendant City of Little Rock

Note: Answer the following question only if the above finding is in favor of Ericka Benedicto. If the above finding is in favor of the City, have your foreperson sign and date this form because you have completed your deliberation on this claim.

We find Ms. Benedicto's damages as defined in Instruction No. 11 to be:

$_____
(stating the amount).


_____[signature]_____                              _____3-22-16_____
(Signature of Foreperson)                              (Date)

U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
**FILED**
MAR 2 2 2016
IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY:_____
    DEPUTY CLERK

15