IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERICKA BENEDICTO                                                                    PLAINTIFF\

v.                          CASE NO. 4:14CV00610 BSM

CITY OF LITTLE ROCK                                                              DEFENDANT

## JUDGMENT

Pursuant to the jury verdict returned on March 22, 2016, following two days of trial, in favor of defendant City of Little Rock and against plaintiff Ericka Benedicto;

IT IS ORDERED, ADJUDGED AND DECREED that judgment is rendered for defendant City of Little Rock on plaintiff's claim of race discrimination and that claim herein is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of March 2016.

_____
UNITED STATES DISTRICT JUDGE